## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| Board of Trustees Sheet Metal Worker's National Pension fund, et al | ) ) ) | |
| Plaintiffs | ) ) ) | |
| v. | ) ) | Civil Action No. 13cv1269 |
| Valley Stainless, Inc | ) ) ) | |
| Defendant. | ) ) ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated May 29, 2014, the objections filed by the Defendant, and the Plaintiffs' Response to the Defendant' objections. Based on a *de novo* review of all of the above and the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge, and it is

ORDERED that judgment is entered in favor of the Plaintiffs and against the Defendant Valley Stainless, Inc., in the amount of Fourteen Thousand Four Hundred Seventeen Dollars and 53/100 ($14,417.53).

The Clerk is directed to enter judgment in accordance with Fed. R. Civ. Proc. 58.

Alexandria, Virginia
October 1 , 2014

/s/
Liam O'Grady
United States District Judge